**UNITED STATES of America,**

v.

**Robert WARNER, Appellant.**

No. 02–1237.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Feb. 11, 2003.

Decided Feb. 12, 2003.

Before ALITO, McKEE, Circuit Judges, and SCHWARZER, Senior District Judge.*

OPINION OF THE COURT

PER CURIAM.

Pursuant to a plea agreement, Robert Warner pled guilty to several counts of a Superceding Indictment charging him with conspiracy to distribute, and possession with intent to distribute, more than 50 grams of cocaine base in violation of 21 U.S.C. § 846, and related offenses. His plea was accepted and he was thereafter sentenced to 160 months of imprisonment followed by a period of 10 years supervised release. This appeal followed.

Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) wherein counsel states, "after a thorough review of all the potential issues ... there are no non-frivolous issues for appeal in this matter." Appellant's Br. at 4.

We agree, and will therefore affirm the judgment of sentence.

---

* Honorable William W. Schwarzer, Senior District Judge, Northern District of California sitting by designation.